# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

  v.                                                       **Case No. 86-CR-96**

**LINDA MIKULA**
      **Defendant.**

## ORDER

In 1986, defendant Linda Mikula pleaded guilty to embezzlement of bank funds, and Judge Curran placed her on probation for three years. Following an extension, her probation expired in 1991. On August 9, 2014, defendant sent a letter requesting that the conviction be expunged, as it is impeding her ability to obtain an insurance license in Florida.[1] The court may order expungement of judicial records if the dangers of unwarranted adverse consequences to the individual outweigh the public interest in maintenance of the records. United States v. Flowers, 389 F.3d 737, 739 (7th Cir. 2004); United States v. Janik, 10 F.3d 470, 472 (7th Cir. 1993).

**IT IS ORDERED** that the government respond to the request on or before **September 5, 2014**.

Dated at Milwaukee, Wisconsin, this 22nd day of August, 2014.

                                              /s Lynn Adelman
                                              LYNN ADELMAN
                                              District Judge

---

[1] The case is reassigned to me following Judge Curran's retirement.