# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

   v.                                                     Case No. 86-CR-96

**LINDA MIKULA**
        **Defendant.**

## ORDER

**IT IS ORDERED** that defendant may file a reply to the government's response on or before **September 9, 2014**.

Dated at Milwaukee, Wisconsin, this 26th day of August, 2014.

                              /s Lynn Adelman
                              LYNN ADELMAN
                              District Judge